**KENTUCKY BAR ASSOCIATION,**
Complainant,

v.

**David L. VAN HORN, Respondent.**

**No. 91–SC–294–KB.**

Supreme Court of Kentucky.

June 6, 1991.

---

#### ORDER

Pursuant to SCR 3.370, the decision of the Board of Governors is hereby adopted.

Respondent failed to seek the lawful objective of his client in violation of DR 7–101(A)(1) in that he failed to negotiate a lump sum settlement with the employer's workers' compensation insurance carrier, which was prepared to do so, despite specific instructions from his client to seek a lump sum settlement of her claim.

Respondent is hereby publicly reprimanded for his unprofessional conduct and is ordered to pay all costs.

All concur except STEPHENS, C.J., not sitting.

ENTERED: June 6, 1991.

(s) Charles M. Leibson
Acting Chief Justice